UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRIAN GRANT,** | : |
| | : CIVIL ACTION NO. 3:22-0962 |
| **Petitioner** | : |
| | : (JUDGE MANNION) |
| v. | : |
| **WARDEN THOMPSON,** | : |
| | : |
| **Respondent** | : |

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. Grant's petition for writ of habeas corpus (Doc. 1), pursuant to 28 U.S.C. §2241, is **DENIED** as to Petitioner's claims for credit against his federal sentence.

2. On, or before, **January 22, 2024**, Respondent shall file a supplemental response addressing Petitioner's request for sentence adjustment under U.S.S.G. §5G1.3(b).

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated:  January 9, 2024**
22-0962-01-Order